UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60030-CIV-Garber

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY SCALO,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court *sua sponte*. The Court has received a letter dated June 8, 2007 from the defendant Anthony Scalo, a copy of which has been sent to plaintiff's counsel.

The defendant's letter states that he has paid his loans in full. Appended to his letter is a copy of a letter dated March 20, 2007, from the Florida Department of Education, advising Mr. Scalo that loans numbered 0000584713 and 0000660122 have been paid in full.

Upon due consideration, it is hereby

ORDERED that plaintiff's counsel advise the Court, on or before 10 days from the date of this Order, whether the above-referenced loans are the loans upon which this cause is based, providing a copy of such response to the defendant.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of June, 2007.

                                                            BARRY L. GARBER
                                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record

Anthony Scalo, *pro se*
7435 N.W. 44 Street, Apt. 1204
Lauderhill, FL 33319