UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60030-CIV-Garber

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY SCALO,

    Defendant.
_____/

**<u>ORDER</u>**

THIS CAUSE is before the Court on the plaintiff's pending Motion for Summary Judgment. Subsequent to the filing of said motion the Court had received a letter from the defendant indicating that two loans taken out by him had been paid off. In support of such assertion he appended a letter from the Florida Department of Education indicating that loans numbered 584713 and 660122 have been satisfied.

The government, in it's reply to the defendant's letter response, points out that the loans that are the subject of this litigation are not the same loans referred to by the defendant. The government points out that the loans in this lawsuit are loans issued by the Boatmen's First National Bank of K.C., Kansas City, Missouri.

Accordingly, it is hereby

ORDERED that the defendant shall respond to the defendant's pending Motion for Summary Judgment on or before June 25th, 2007. In the event a response is not timely filed the Court will grant plaintiff's Motion for summary Judgment.

DONE AND ORDERED in Chambers at Miami, Florida this 15th day of June, 2007.

*[signature: Barry L. Garber]*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record

Anthony Scalo, *pro se*
7435 N.W. 44 Street, Apt. 1204
Lauderhill, FL 33319